IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
At Wheeling

DIANA MEY, individually and on behalf of a
class of all persons and entities similarly situated,

        Plaintiff,

v.                                                       Case No. 5:11-CV-90

MONITRONICS INTERNATIONAL, INC.;
VERSATILE MARKETING SOLUTIONS, INC.,
d/b/a VMS ALARMS; and
UTC FIRE & SECURITY AMERICAS CORPORATION, INC.

        Defendants.

## CERTIFICATE OF SERVICE

        I, John R. Teare, Jr., hereby certify that on the 4th day of November, 2011, I electronically filed the foregoing "**Certificate of Service**" with the Clerk of the Court using the CM/ECF system and served "***Defendant Versatile Marketing Solutions, Inc.'s Offer of Judgment***" upon all counsel of record by electronic mail and First Class mail as follows:

| | |
|---|---|
| John W. Barrett, Esq. | Edward A. Broderick, Esq. |
| Jonathan R. Marshall, Esq. | The Law Office of Edward A. Broderick |
| Bailey & Glasser, LLP | 727 Atlantic Avenue, Second Floor |
| 209 Capitol Street | Boston, MA 02111 |
| Charleston, WV 25301 | ted@broderick-law.com |
| jbarrett@baileyglasser.com | ***Co-Counsel for Plaintiff*** |
| ***Co-Counsel for Plaintiff*** | |
| | |
| Matthew P. McCue, Esq. | William D. Wilmoth, Esq. |
| The Law Office of Matthew P. McCue | Kristen L. Andrews, Esq. |
| 1 South Avenue, Suite 3 | Steptoe & Johnson, PLLC |
| Natick, MA 01760 | Post Office Box 751 |
| mmccue@massattorneys.net | Wheeling, WV 26003 |
| ***Co-Counsel for Plaintiff*** | william.wilmoth@steptoe-johnson.com |
| | ***Counsel for UTC Fire & Security Americas Corporation, Inc.*** |

Jeffrey A. Homstrand
Phillip T. Glyptis
Flaherty Sensabaugh & Bonasso, PLLC
1225 Market Street
Wheeling, WV 26003
jhomstrand@fsblaw.com
*Counsel for Monitronics International, Inc.*

    /s/ John R. Teare, Jr.
John R. Teare, Jr. (WV Bar No. 5547)