IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

**DIANA MEY, individually and on behalf of a
class of all persons and entities similarly situated,**

    **Plaintiff,**

v.                                         CASE NO. 5:11-CV-90

**MONITRONICS INTERNATIONAL, INC.;
VERSATILE MARKETING SOLUTIONS, INC.,
d/b/a/ VMS ALARMS; and
UTC FIRE & SECURITY AMERICAS CORPORATION, INC.,**

    **Defendants.**

## Plaintiff's Motion to Strike Defendant VMS's Offer of Judgment

For the reasons stated in the accompanying memorandum, Plaintiff Diana Mey respectfully requests the Court strike the Rule 68 offer of judgment submitted by Defendant Versatile Marketing Solutions, Inc.

                                                            Diana Mey,
                                                            By Counsel.

*/s/ John W. Barrett*
John W. Barrett, Esq.
Jonathan Marshall, Esq.
Bailey & Glasser, LLP
209 Capitol Street
Charleston, WV 25301
(304) 345-6555; (304) 342-1110 *facsimile*
jbarrett@baileyglasser.com
jmarshall@baileyglasser.com

Edward A. Broderick, Esq.
The Law Office of Edward A. Broderick
727 Atlantic Avenue, Second Floor
Boston, MA 02111
(617) 738-7080; (617) 314-7783 *facsimile*
ted@broderick-law.com

500289

Matthew P. McCue, Esq.
The Law Office of Matthew P. McCue
1 South Avenue, Suite 3
Natick, Massachusetts 01760
(508) 655-1415
(508) 319-3077 *facsimile*
mmccue@massattorneys.net

    *Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**DIANA MEY, individually and on behalf of a
class of all persons and entities similarly situated,**

    **Plaintiff,**

v.                                                                         CASE NO. 5:11-CV-90

**MONITRONICS INTERNATIONAL, INC.;
VERSATILE MARKETING SOLUTIONS, INC.,
d/b/a/ VMS ALARMS; and
UTC FIRE & SECURITY AMERICAS CORPORATION, INC.,**

    **Defendants.**

## Certificate of Service

    I hereby certify that on this 16th day of November, 2011, I served a true and correct copy of the foregoing *Plaintiff's Motion to Strike Defendant VMS's Offer of Judgment* via the Court's CM/ECF system, which will send notification to Defendants' counsel of record:

    Jeffrey A. Holmstrand
    Phillip T. Glyptis
    Flaherty Sensabaugh & Bonasso PLLC
    1225 Market Street
    Wheeling, WV 26003

    William D. Wilmoth
    Kristen L. Andrews
    Steptoe & Johnson PLLC
    Post Office Box 751
    Wheeling, WV 26003

    Niall A. Paul
    Clifford F. Kinney, Jr.
    John R. Teare, Jr.
    Spilman Thomas & Battle PLLC
    300 Kanawha Boulevard, East
    Charleston, WV 25321

500289

Christina S. Terek
Spilman Thomas & Battle, PLLC
1217 Chapline Street
P.O. Box 831
Wheeling, WV 26003

                                                         */s/ John W. Barrett*
                                                        John W. Barrett