# EXHIBIT 1

This is a deal !!!

Sno : «sno»

# SAFETY SURVEY

Name on LIST: «fname» «mname» «lname»
Address on list: «houseno»
City: «city»          State: «state»          Zip: «zip»
Phone: «phone»

Hello Mr. / Mrs. «fname», My name is «surveyor». And I m Calling You on Behalf Of **Total Survey Solutions.**

This is not a sales call. We are just doing a quick safety survey for your community.

1. Do you have at least 2 smoke detectors in your home?
   «smokedetectiors»     how many? «detectors_no»
2. Do you check the batteries in your smoke detector once every 6 months?
   «battries»
3. Do you have Carbon Monoxide Protection?
   «carbonmonooxide»
4. Do you have fire extinguishers in your home?
   «extinguishers»     how many? «ext_no»
5. Do you OWN your home or RENT your home?  **OWN**

6. Last question, when it comes to protecting the home and family; would your main concern for fires, burglaries or medical emergencies?
   «yourmainconcern»
7. May I have your first name to complete our survey? «customer_name»

8. For participating in our survey, there is a chance that you could be selected to receive a state **of the art G.E. wireless home safety system.** If you are selected, is it ok for us to have one of our affiliate companies to contact you?
   (WE NEED A YES TO THIS QUESTION OR IT IS A NON QUALIFING SURVEY. IF YES...)
   OK GREAT! What would be the best time to contact you? Mornings, afternoons or evenings?

Thank you for participating in our survey today and I hope you have a great day!

*Surveyor: «surveyor»*                                              *Date: «date»*
                                                                    *Time: «time»*


Person who took survey is :«person»