# EXHIBIT 2



*Jay Gotra*

# V.M.S. SURVEY SCRIPT

Hi (First Name)? This is (Your Name) calling back from **VMS Alarms. How are you today?** (WFR) **Great!!** Real quick, the reason I'm calling back is, recently you participated in our Home Safety Survey and that survey was selected to receive **ONE OF OUR 1,200 dollar General Electric** wireless security systems and the installation all for No Cost to you. SO **CONGRATULATIONS!!!**

Now (First Name), you are probably thinking, what's the catch right! Why would we be giving away a 1,200 dollar system for free? (WFR) Well there is no catch.

The reason the company runs this promotion is because years ago we did a lot of media advertising and what we found is that most home owners that gave us a call were either burglarized or had some type of emergency already. Unfortunately, at that point it is too late. So what we did is scale back on our media advertising passing that savings on to homeowners like yourself with the hopes that after your home is protected and you are happy, you can tell some friends. Now that makes sense, Right? (WFR)

**NOW (FIRST NAME) DO YOU OWN OR RENT YOUR HOME? (If own continue...if rents go to protect a friend script) Great this promotion is special for homeowners only!**

Now (First Name) let me explain what you free system includes OK! (WFR) The system we provide you with is wireless and it is manufactured by the industry leader, General Electric. I'm sure you have heard of GE right? (WFR) Great!

- We install your main keypad by the door you use the most, to give you time to arm and disarm the system.
- Next we are going to protect your exterior doors with **wireless transmitters**, due to the fact that 90% of all break-ins are through a locked **door**. Did you know that? (WFR) Most people don't.
- Then we install **a pet friendly motion** detector as a secondary line of defense, in case the intruder breaks-in through an alternative source. Do you have any pets? (WFR) Great I'll make a note of that!
- We provide you with a siren, which is VERY LOUD!!!
- A **24- hour battery back- up**. In the event your home should lose power; your family will be protected. O.k.

VMS ALARMS | 316 Pocasset Ave. Providence, RI 02909 | VMSAlarms.com | 1-866-665-SAFE

VMS0010



*Jay Gotro*

And **most importantly,** three built in **panic buttons,** so in the event of an emergency by simply pressing a button we contact your **local police, fire or paramedics.**
- **Yard sign and window stickers** to prevent a break-in all together. That makes sense right?

Now (first name) Like I said, the system and installation are all on us. There is normally a Sixty Nine dollar activation fee (Pause). But, because you are through the promotion and we want you to tell some friends that has **also been waived** for you. The only investment you make is in the monitoring. That's the key in your home and family's safety. This is what connects your home to our central station **24 hours a day 7 days a week,** so in the event of an emergency we can dispatch the proper authorities to your home! That's only about a dollar a day. That's it!!!

Also as part of the promotion we **give you complete ownership** of the equipment, so if you **move** we will move the system for you anywhere in the United States for **free.** And all we ask; is after you are happy, you could tell some friends. OK! (WFR)

Now (first name), what I am going to do is have one of our installation coordinators call you back in the next 5 to 10 minutes, so they can answer any questions you may have, and help make a more informed decision on what's BEST for your HOME and FAMILY. Fair Enough? (WFR) Ok Great.

### CONFIRM INFORMATION!!

I have you located at (Confirm address, city & zip)

And your first and last name is... (Confirm the spelling of the names as well)

And is this a land line or a cell phone?

Great they will be calling you back in the next 5 to 10 minutes. It was NICE speaking with you. Have a great day!

### *A KEY TO A SALE IS GREAT BUTTON UP!!*

### *$$$$ $$$$ $$$$ $$$$*

VMS ALARMS | 316 Pocasset Ave. Providence, RI 02909 | VMSAlarms.com | 1-866-665-SAFE

VMS0011