IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE: MONITRONICS
INTERNATIONAL, INC.,
TELEPHONE CONSUMER
PROTECTION ACT LITIGATION

MDL NO. 1:13MD2493

-------------------------

**THIS DOCUMENT RELATES TO ALL CASES**

ORDER STAYING CASE

On May 29, 2015, the defendants, Monitronics International, Inc., Versatile Marketing Solutions, Inc., Alliance Security, Inc., ISI Alarms NC, Inc., UTC Fire and Security Americas Corporation, Inc., and Honeywell International, Inc. ("the defendants"), filed a motion to stay the case pending the rulings of the Supreme Court of the United States in Campbell-Ewald Co. v. Gomez, 768 F.3d 871, 875 (9th Cir. 2014), cert. granted No. 14-857, 2015 WL 246885, at *1 (May 18, 2015), and Robins v. Spokeo, 742 F.3d 409 (9th Cir. 2014), cert. granted No. 13-1339, 2015 WL 1879778, at *1 (Apr. 27, 2015) (Dkt. No. 419). On June 8, 2015, the plaintiffs responded, opposing the motion to stay (Dkt. No. 435), and on June 12, 2015, the defendants filed a reply (Dkt. No. 455).

On June 15, 2015, the parties jointly filed a proposed stipulation in which they stipulated to a stay of proceedings pending the Supreme Court's decisions in Campbell-Ewald and Spokeo, with certain exceptions (Dkt. No. 457). For good cause shown, the

**IN RE MONITRONICS**                                          **1:13MD2493**
**THIS DOCUMENT RELATES TO ALL CASES**

### ORDER STAYING CASE

Court **ADOPTS** the proposed stipulation (Dkt. No. 457), **STAYS** the MDL until the Supreme Court decides or otherwise disposes of <u>Campbell-Ewald</u> and <u>Spokeo</u>, and **DENIES AS MOOT** the pending motion to stay filed by the defendants (Dkt. No. 419).  The stay is subject to the exceptions outlined in the parties' proposed stipulation (Dkt. No. 457), and in no way affects the Court's power to approve any proposed settlements and enter judgments.

    It is so **ORDERED**.

    The Court **DIRECTS** the Clerk to transmit copies of this Order to counsel of record and to the <u>pro se</u> plaintiffs by certified mail, return receipt requested.

DATED:  June 17, 2015.

                                        /s/ Irene M. Keeley
                                        IRENE M. KEELEY
                                        UNITED STATES DISTRICT JUDGE