UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| IN RE: MONITRONICS INTERNATIONAL, INC., TELEPHONE CONSUMER PROTECTION ACT LITIGATION | No. 1:13-md-02493-JPB-JES |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT**

Plaintiffs respectfully move this Court under Federal Rule of Civil Procedure 23(e) for an order granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement. The reasons for granting this motion are more fully explained in the supporting memorandum and attached exhibits:

Exhibit A.  Declaration of Jonathan R. Marshall in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement.

Exhibit B.  Class Action Settlement Agreement.

Exhibit C.  Declaration of Carla Peak in Support of Notice Plan.

Respectfully Submitted,

BAILEY & GLASSER, LLP

By:  /s/ Jonathan R. Marshall
     Jonathan R. Marshall
     209 Capitol Street
     Charleston, West Virginia  25301
     Telephone:  (304) 345-6555
     Facsimile:  (304) 342-1110
     Email: jmarshall@baileyglasser.com

*Liaison Counsel*

- 2 -

        John W. Barrett
        Ryan M. Donovan
        BAILEY & GLASSER, LLP
        209 Capitol Street
        Charleston, West Virginia  25301
        Telephone:  (304) 345-6555
        Facsimile:  (304) 342-1110
        Email: jbarrett@baileyglasser.com
        Email: rdonovan@baileyglasser.com

TERRELL MARSHALL LAW GROUP PLLC

By:  /s/ Beth E. Terrell
     Beth E. Terrell
     Mary B. Reiten
     936 North 34th Street, Suite 300
     Seattle, Washington  98103-8869
     Telephone:  (206) 816-6603
     Facsimile:  (206) 319-5450
     Email:  bterrell@terrellmarshall.com
     Email:  mreiten@terrellmarshall.com

*Co-Lead Counsel for Plaintiffs*

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on August 31, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

 *Liaison Counsel for Defendants*:

  Jeffrey A. Holmstrand
  GROVE HOLMSTRAND & DELK, PLLC
  44-1/2 15th Street
  Wheeling, West Virginia  26003
  Telephone:  (304) 905-1961
  Facsimile:  (304) 905-8628
  Email: jholmstrand@grovedelklaw.com

 *Co-Lead Counsel for Defendant Monitronics, Inc.*:

  Jeffrey A. Holmstrand
  GROVE HOLMSTRAND & DELK, PLLC
  44-1/2 15th Street
  Wheeling, West Virginia  26003
  Telephone:  (304) 905-1961
  Facsimile:  (304) 905-8628
  Email: jholmstrand@grovedelklaw.com

  Meryl C. Maneker
  WILSON TURNER KOSMO LLP
  550 West C Street, Suite 1050
  San Diego, California  92101
  Telephone:  (619) 236-9600
  Facsimile:  (619) 236-9669
  Email: mmaneker@wilsonturnerkosmo.com

  I further certify that I caused the foregoing to be mailed by the U.S. Postal Service, from Charleston, West Virginia, postage prepaid, to the following:

  Craig Cunningham
  5543 Edmondson Pike, Suite 248
  Nashville, Tennessee  37211

Bryan Anthony Reo
7143 Rippling Brook Lane
Mentor, Ohio  44060

| | |
|---|---|
| Dated: August 31, 2017. | By:  /s/ Jonathan R. Marshall |
| | Jonathan R. Marshall |
| | 209 Capitol Street |
| | Charleston, West Virginia 25301 |
| | Telephone:  (304) 345-6555 |
| | Facsimile:  (304) 342-1110 |
| | Email: jmarshall@baileyglasser.com |