IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE: MONITRONICS
INTERNATIONAL, INC.,
TELEPHONE CONSUMER
PROTECTION ACT LITIGATION

MDL NO. 1:13-MD-2493
(BAILEY)

----------------------------------------

THIS DOCUMENT RELATES TO ALL CASES

## ORDER

For reasons appearing to the Court, the March 29, 2018, Rule 23(e) Final Approval Hearing is **CONTINUED** to April 5, 2018, at 2:00 p.m.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: January 25, 2018.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE