UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| IN RE: MONITRONICS INTERNATIONAL, INC., TELEPHONE CONSUMER PROTECTION ACT LITIGATION | No. 1:13-md-02493-JPB-JES |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF
CLASS ACTION SETTLEMENT**

Plaintiffs Diana Mey, Phillip Charvat, Jason Bennett, Scott Dolemba, Janet and Michael Hodgin move this Court for final approval of the Settlement Agreement reached by the parties in this case, and preliminarily approved by this Court on September 28, 2017, Dkt. No. 1122.

In support of their requests, Plaintiffs assert that the settlement embodied by the Settlement Agreement is fair, reasonable and consistent with the provisions of Rule 23. In further support of their motion, Plaintiffs refer the Court to the memorandum and exhibits filed herewith.

The Defendant does not oppose this motion. A proposed order is attached as Exhibit A.

Dated: March 22, 2018

Respectfully Submitted,

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Beth E. Terrell
    Beth E. Terrell
    Jennifer Rust Murray
    Mary B. Reiten
    936 North 34th Street, Suite 300
    Seattle, Washington 98103-8869
    Telephone: (206) 816-6603
    Facsimile: (206) 319-5450
    Email: bterrell@terrellmarshall.com
    Email: jmurray@terrellmarshall.com
    Email: mreiten@terrellmarshall.com

    John W. Barrett
    Ryan M. Donovan
    BAILEY & GLASSER LLP
    209 Capitol Street
    Charleston, West Virginia 25301
    Telephone: (304) 345-6555
    Facsimile: (304) 342-1110
    Email: jbarrett@baileyglasser.com
    Email: rdonovan@baileyglasser.com

    *Co-Lead Counsel for Plaintiffs*

BAILEY & GLASSER LLP

By: /s/ Jonathan R. Marshall
    Jonathan R. Marshall
    209 Capitol Street
    Charleston, West Virginia 25301
    Telephone: (304) 345-6555
    Facsimile: (304) 342-1110
    Email: jmarshall@baileyglasser.com

    *Liaison Counsel*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 22, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Liaison Counsel for Defendants*:

>Jeffrey A. Holmstrand
>GROVE HOLMSTRAND & DELK, PLLC
>44-1/2 15th Street
>Wheeling, West Virginia 26003
>Telephone: (304) 905-1961
>Facsimile: (304) 905-8628
>Email: jholmstrand@grovedelklaw.com

*Co-Lead Counsel for Defendant Monitronics, Inc.*:

>Jeffrey A. Holmstrand
>GROVE HOLMSTRAND & DELK, PLLC
>44-1/2 15th Street
>Wheeling, West Virginia 26003
>Telephone: (304) 905-1961
>Facsimile: (304) 905-8628
>Email: jholmstrand@grovedelklaw.com
>
>Meryl C. Maneker
>WILSON TURNER KOSMO LLP
>550 West C Street, Suite 1050
>San Diego, California 92101
>Telephone: (619) 236-9600
>Facsimile: (619) 236-9669
>Email: mmaneker@wilsonturnerkosmo.com

      I further certify that I caused foregoing to be mailed by the U.S. Postal Service, from Charleston, West Virginia, postage prepaid, to the following:

>Craig Cunningham
>5543 Edmondson Pike, Suite 248
>Nashville, Tennessee 37211

Bryan Anthony Reo
7143 Rippling Brook Lane
Mentor, Ohio 44060

Charles Rollman
1310 Lyric Pt
Colorado Springs, CO 80906

Holly Rae Latimore, LPN/IV
1725 Manor Place, Apt. 1
Dayton, OH 45406

Geneva Meloy
1490 Arcadia Road
Kent, Ohio 44240

Myrdis Foster
2740 Duncanville Rd., Apt. 725
Dallas, TX 75211

Salene Mazur Kraemer
Mazurkraemer Business Law
3364 Main Street
Weirton, WV 26062

John W. Davis
Law Office of John W. Davis
501 W. Broadway, Suite 800
San Diego, CA 92101

*Counsel to Catherine Smith*

      /s/ Beth E. Terrell
      Beth E. Terrell
      936 North 34th Street, Suite 300
      Seattle, Washington 98103-8869
      Telephone: (206) 816-6603
      Facsimile: (206) 319-5450
      Email: bterrell@terrellmarshall.com