**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

IN RE: MONITRONICS INTERNATIONAL,
INC., TELEPHONE CONSUMER                    MDL NO. 1:13-MD-02493-JPB-JPM
PROTECTION ACT LITIGATION

This document relates to:

*ALL CASES*

**SUPPLEMENTAL STATUS REPORT**

Pursuant to this Court's Order Following Status Conference (Doc. 1270), Class

Counsel/Liaison Counsel for Plaintiffs and Counsel for Monitronics International, Inc., jointly

submit this supplemental status report.

1)      The Settlement Administrator reports that, as of April 18, 2019, there remains

$1,375,951.50 in the Settlement Fund due to uncashed settlement checks, representing 32,490

checks sent to Settlement Class Members.

2)      Pursuant to Paragraph 2.3(b) of the Class Action Settlement Agreement, the face

of each check sent by the Settlement Administrator to Settlement Class Members stated that the

check would become void unless cashed within 180 days after the date of issuance.

3)      Per the Settlement Administrator, checks were issue to all 324,333 Settlement

Class Members who submitted valid claim on October 17, 2018, meaning that the checks were

void unless cashed by April 15, 2019.

4)      Approximately 292,000 Settlement Class Members who submitted valid claims

cashed the checks issued to them.

5)      The parties have conferred with the Settlement Administrator to determine

whether it would be administratively feasible to redistribute the funds from the uncashed checks

from the Settlement Fund to those Settlement Class Members who cashed their checks from the first distribution giving consideration to, among other things, the costs of printing the checks, mailing them, and monitoring their status. The Settlement Administrator estimates that it would cost $216,107 to do a second distribution.

6)      Class Counsel recommends that the Court approve a second distribution. The Settlement Agreement requires the Settlement Administrator to perform a second distribution if it is administratively feasible to do so. Settlement Agreement § 2.3(c). Here, Settlement Class Members who cashed their original settlement checks would receive approximately $4.00 in addition to the $42.35 they already have received ($1,384,040.35 (remaining funds) minus $216,107 (estimated cost of second distribution) divided by 292,500 (persons who cashed checks) equals $3.99 per check). This amount adds a not inconsequential 8-9% to Settlement Class Members' individual recoveries. In similar circumstances, courts have found that a second distribution is administratively feasible. See, e.g., *Malta v. Fed. Home Loan Mtg. Corp.*, 3:10-cv-01290-BEN-NLS, ECF No. 140, at *2-3 (S.D. Cal. Aug. 1, 2017) (approving second distribution of checks as administratively feasible where second checks amounted to $3.07). Monitronics doesn't object to a second distribution as outlined above.

7)      In the event the Court finds it is not administratively feasible to make a second distribution then pursuant to Paragraph 2.3(c) of the Class Action Settlement Agreement, Class Counsel and Monitronics will propose that the Court direct the Settlement Administrator to distribute the remaining Settlement Funds to the Consumer Federation of America as a *cy pres* recipient. The Consumer Federation of America is an association of non-profit consumer organizations established in 1968 to advance the consumer interest through research, advocacy, and education. Today, nearly 300 of these groups participate in the federation and govern it

through their representatives on the organization's Board of Directors.  Additional information

about the Consumer Federation of America may be found at https://consumerfed.org/.

Respectfully submitted,

/s/ Jonathan Marshall
Jonathan Marshall (#10580)
BAILEY & GLASSER LLP
209 Capitol Street
Charleston, West Virginia 25301
(304) 345-6555
jmarshall@baileyglasser.com
*Class Counsel and Liaison Counsel for Plaintiffs*


/s/ Jeffrey A. Holmstrand
Jeffrey A. Holmstrand (#4893)
Jeffrey A. Grove (#6065)
GROVE HOLMSTRAND & DELK, PLLC
44 ½ 15th Street
Wheeling, West Virginia  26003
(304) 905-1961
jholmstrand@ghdlawfirm.com
jgrove@ghdlawfirm.com
*Counsel for Monitronics International, Inc.*

## **CERTIFICATE OF SERVICE**

I, Jonathan Marshall, hereby certify that on April 26, 2019, I caused to be filed the foregoing Supplemental Status Report with the Clerk of the Court using the CM/ECF System, which caused a true and accurate copy of such filing to be served upon all attorneys of record.


/s/ Jonathan Marshall
Jonathan Marshall